UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13CV6451

Randall Ashley
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York State Office of Children
and Family Services,
Berkshire Medical Center
(Dr. Steven Silver)
_____

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SEP 12 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Randall Ashley
Street Address  Bare Hill Correctional Facility, 181 Brand Rd.
County, City  Franklin, Malone
State & Zip Code  New York  12953
Telephone Number  _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  N.Y.S. Office of Children & Family Services
                  Street Address  52 Washington St.

Rev. 05/2010

County, City __Rensselaer, Rensselaer__
State & Zip Code __New York, 12144__
Telephone Number _____

Defendant No. 2   Name __Berkshire Medical Center__
Street Address __75 North St.__
County, City __Berkshire, Pittsfield__
State & Zip Code __Massachusetts, 01201__
Telephone Number __413-447-2000__

Defendant No. 3   Name __Dr. Steven A. Silver__
Street Address __222 Carew St.__
County, City __Hampden, Springfield__
State & Zip Code __Massachusetts, 01104__
Telephone Number __413-781-5432__

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions     ☑ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __For a Medical Malpractice that was issued to me at The Bershire Medical Center, by orders of The N.Y.S. Office of Children & Family Services!__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship __New York__
Defendant(s) state(s) of citizenship __New York & Massachusetts__

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? at the Berkshire Medical Center, under the direction of Dr. Steven A. Silver.

B. What date and approximate time did the events giving rise to your claim(s) occur? In the year 1994, I was admitted to The Berkshire Med. Center in which Dr. Steven Silver, performed an operation on me!

C. Facts: [What happened to you?] At the age of 13, I was operated on by Dr. Steven Silver at The Berkshire Med. Center, in which I was in the custody of The New York State Office of Children & Family Services, at a facility in Canaan, New York. [Who did what?] While I was there, they sent me to The Berkshire Med. Center, to have mental pins, inserted surgically, by Dr. Steven Silver. During the operation, I woke up & they put me back to sleep! The Doctor was suppose to remove the pin & the pin is "still", inside my left leg, causing severe pain! [Was anyone else involved?] The New York State Office of Children & Family services, was aware that it was suppose to be removed, in which Dr. Steven Silver, never removed the pin. [Who else saw what happened?] My mother, Terry Ashley, is the "key" witness, as she knew of all of the medical procedures that were being administered & conducted, by both the Berkshire Med. Center staff & of Dr. Steven Silver, while I was at The Facility in Canaan, N.Y. & the Med. Center!!

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. because the pin was never removed, I have been in severe pain, for the past 19 years, as of the result of the wrongful medical practices of Dr. Steven Silver. I have not been able to walk without a "pinching" pain in my leg & my knee. I also cannot sleep on my right side from the pinching & when I go to lay on my left side, the pain becomes "unbearable"! I've tried several different attempts to contact them over the years, but they simply ignore me! The N.Y.S Office of Children & Family Services, never sort to correct my problem!

*Rev. 05/2010*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I ask of this Court to begin this action. I seek the amount of $10,000,000.00, (Ten Million Dollars), due to the Negligence and wrongful medical practices of The Berkshire Medical Center and of Dr. Steven Silver. The New York State Office of Children and Family Services, knew to have this problem addressed & failed to seek further treatment to my leg & knee! They knowingly & intelligently continued to deny me the proper medical care and purposely avoided me, to seek another operation to have the pin removed! I have been in severe pain and discomfort for the past 19 years and I seek to be fully financially compensated, as a result of my pain & suffering. I plea upon the Court to grant to me, for what is just and proper!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of September, 2013.

Signature of Plaintiff

Mailing Address    Bare Hill Corr. Facility
                   Caller Box 20, 181 Brand Rd.
                   Malone, New York 12953

Telephone Number

Fax Number (if you have one)

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 6th day of September, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number        12A3063.